# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARKITA KEYUNA LATISHA TIDWELL,** ] | |
| ] | |
| Movant, ] | |
| ] | |
| v. ] | Case No.: 7:25-cv-8022-ACA |
| ] | |
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| Respondent. ] | |

## MEMORANDUM OPINION

Markita Keyuna Latisha Tidwell moves to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Doc. 1). The government moves to dismiss the § 2255 motion for lack of jurisdiction because Ms. Tidwell has a direct appeal of her conviction and sentence pending. (Doc. 3). The court ordered Ms. Tidwell to show cause why it should not dismiss her § 2255 motion for lack of jurisdiction. (Doc. 4). Ms. Tidwell did not respond to the order to show cause.

The Eleventh Circuit has held that the court lacks "jurisdiction to consider and rule on [a] § 2255 motion during the pendency of [the movant's] direct appeal of her sentence." *United States v. Dunham*, 240 F.3d 1328, 1329 (11th Cir. 2001). Because Ms. Tidwell has a direct appeal pending in the Eleventh Circuit, *see United States v. Tidwell*, No. 25-10120 (11th Cir.), this court lacks jurisdiction over her § 2255

2

motion. Accordingly, the court **WILL DISMISS** the § 2255 motion **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 4, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE